IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRIAN W. COLLISTER,<br>　　Plaintiff<br><br>vs.<br><br>AMERICAN ARBITRATION ASSOCIATION,<br>KXAN-TV, ERIC LASSBERG, CHAD CROSS,<br>NEXSTAR MEDIA GROUP, INC.,<br>TERRI BUSH, JACKSON LEWIS, P.C.,<br>and WILLIAM L DAVIS,<br>　　Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:20-cv-1180-LY<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**EXHIBIT F**
**DEFENDANT AMERICAN ARBITRATION ASSOCIATION'S**
**MOTION TO DISMISS**

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| BRIAN COLLISTER, | § § § § § |
| Claimant | § § |
| v. | § § CASE NO. 01-19-0002-8655 |
| KXAN-TV, CHAD CROSS, ERIC LASSBERG, ET AL. | § § § |
| Respondent | § § |

### ORDER

On December 15, 2020, Claimant Brian Collister sent a formal notice by email that he was withdrawing his arbitration claim Case No. 01-19-002-8655. Having received no objection from Respondent Nexstar Broadcast Group, Inc., et al, it is

ORDERED that the case is DISMISSED. All costs are assessed against the parties as incurred.

DATED: December 23, 2020

*/s/ Carla Cotropia*

Carla Cotropia
Arbitrator